UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

BOTTA & ASSOCIATES, L.L.C.
50 South Franklin Turnpike
Ramsey, New Jersey 07446
(201) 818-6400
[CCB-0844]
*Attorneys for Defendant,*
*Mark Leonard*

| | |
|---|---|
| BLOOMFIELD POLICE CAPTAIN CHRISTOPHER GOUL and DETECTIVE JOHN SIERCHIO, <br><br> Plaintiffs, <br> vs. <br><br> TOWNSHIP OF BLOOMFIELD, GOVERNING BODY OF THE TOWNSHIP OF BLOOMFIELD, and MARK LEONARD, in his professional and personal capacity, <br><br> Defendant(s). | Civil Action No.: 2:09-cv-05420-SRC-MAS <br><br> Civil Action <br><br> STIPULATION OF DISMISSAL |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that all claims be hereby dismissed with prejudice as to the defendant, MARK LEONARD, without costs against either party.

ATTORNEY AT LAW L.L.C.
Attorney for Plaintiffs,
Christopher Goul and John Sierchio

By: _____
Patrick P. Toscano, Esq.

1

BOTTA & ASSOCIATES, L.L.C.
Attorneys for Defendant, Mark Leonard

By: _____
Christopher C. Botta, Esq.


CAMMARATA, NULTY, & GARRIGAN, L.L.C.
Attorneys for Defendant, Mark Leonard

By: _____
John P. Nulty, Jr., Esq.

SO ORDERED:


_____
Stanley R. Chesler, U.S.D.J.

Dated: